AO83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

Southern    DISTRICT OF    Ohio

FILED
JAMES BONINI
CLERK
06 APR 20 PM 2:08

UNITED STATES OF AMERICA
V.
TINA MARIE STRICKLAND
11 Lincoln Terrace
Cincinnati, Ohio 45206

SUMMONS IN A CRIMINAL CASE

Case Number:    1:01-cr-65

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| Potter Stewart U.S. Courthouse Building<br>100 East Fifth Street<br>Cincinnati, Ohio 45202 | 708 |
| | Date and Time |
| Before:    Hon. Timothy S. Black | April 27, 2006 at 1:30 PM |

To answer a(n)
☐ Indictment    ☐ Information    ☐ Complaint    X Violation Notice    ☐ Probation Violation Petition

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

See copy of Petition attached

_____
Signature of Issuing Officer

April 6, 2006
Date

Mary C. Brown, Deputy Clerk
Name and Title of Issuing Officer

AO83 (Rev. 12/85) Summons in a Criminal Case

| RETURN OF SERVICE |
|---|
| Service was made by me David Backman - U.S. Probation Officer   Date 4-20-06 |
| Check one box below to indicate appropriate method of service |

☒ Served personally upon the defendant at: U.S. Probation - Cincinnati, OH on 4-20-06

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was _____

☐ Returned unexecuted: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned   4-20-06
         Date

Name of United States Marshal  James M. Wahlrab

_David Backman_
(by) Deputy United States Marshal — Probation Officer

Remarks: This summons was ~~also~~ returned unexecuted. However, Ms. Strickland voluntarily appeared at the U.S. Probation Officer. She is scheduled to appear before ~~magistrate~~ Judge Black ~~Beckwith~~ on 4-27-06 at 1:30PM

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.