CRIMINAL MINUTES
PROBATION VIOLATION OR SUPERVISED RELEASE VIOLATION

United States of America                                   Case 1:01cr65

vs

TINA STRICKLAND

Court Personnel:
U.S. Magistrate Judge Timothy S. Black
Courtroom Deputy: Jan Lahley
Court Reporter: Mary Anne Ranz
Date:            4/27/06, 1:00 p..m.

Attorney for USA:            Anne Porter
Attorney for Defendant:      Federal Public Defender C. Ransom Hudson

__✓__ Initial appearance held. Defendant informed of rights and charges.

_____ Case continued for Probable Cause Hearing _____ Detention Hearing _____
      on _____

_____ Probable cause hearing held/waived. Defendant to appear before District Judge
      _____ for Probation Violation/supervised release hearing.

_____ Probable cause found / not found

_____ Defendant DETAINED pending hearing.
__✓__ Defendant RELEASED on _____ OR _____ bond
      Report to Prob. weekly
__✓__ Order APPOINTING counsel _____ FPD _____

Remarks:
_____
_____
_____