UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. CR-1-01-065 |
| | : | |
| | : | |
| vs. | : | **MOTION FOR SUBSTITUTION** |
| | : | **OF COUNSEL FOR THE UNITED** |
| | : | **STATES OF AMERICA** |
| TINA STRICKLAND | : | |

-----------------------------------------------------------------

Anne L. Porter, Assistant U.S. Attorney, Southern District of Ohio, hereby gives notice to the Court and to counsel for Defendant that she is counsel of record, and the Court should remove Kathleen M. Brinkman as counsel of record, and requests that service of all papers filed in this action be made upon her at the following address:

Anne L. Porter, Assistant U.S. Attorney, Atrium Two, Suite 400, 221 East Fourth Street, Cincinnati, Ohio 45202.

Respectfully submitted,

GREGORY G. LOCKHART
United States Attorney

*s/Anne L. Porter*
ANNE L. PORTER (SD2801)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
(513) 684-3711
Anne.Porter @usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion for Substitution of Counsel for the United States of America* was served this 28th day of April, 2006, upon all counsel of record.

*s/Anne L. Porter*
ANNE L. PORTER (SD2801)