# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION AT CINCINNATI

06 JUL -7  AM 11: 35

United States of America

Case No.    1:01-cr-65

vs.

Tina Strickland,

### CRIMINAL MINUTES - Sentencing on Revocation

10:32 -

U. S. ATTORNEY PRESENT: _Anne Porter_

COUNSEL FOR DEFENDANT: _C. Ransom Hudson_

INTERPRETER: _____

PROBATION OFFICER: _David Backman_

WAIVER of Indictment filed _____   INFORMATION filed _____

Defendant waives reading of: Indictment _____   Information _____

Statement of Agent: _____

Defendant pleads:    **GUILTY** _____

                 **NOT GUILTY** _____

                 **NOLO CONTENDERE** _____

Plea **preliminarily/formally** accepted by the Court _____

Case referred to Probation Department for Presentence Report _____

Bond of_____ Continued _____ Set _____

Defendant in custody pursuant to pretrial detention order _____

An appeal of sentence to be filed by Clerk of Court _____

Defendant does not desire an appeal to be filed by the Clerk at this time _____

Defendant moves to withdraw original plea of Not Guilty and enter a plea
of Guilty - Motion is GRANTED _____

**REMARKS:** Deft admits violations
Supervised Release REVOKED; Court imposed 1 Day of
Incarceration which could be considered today or the
day of processing; 48 months of additional supervised
release; 10 months of home confinement with or without
Electronic monitoring; Standard conditions apply;
Special conditions as follows: 300 consecutive days of
home confinement unless leave approved by probation
Officer, must maintain telephone, electronic monitoring
is at discretion of probation officer, Within 30 Days
a payment of $30.00 a month must be paid toward
restitution; Payment will increase to $40.00 if hourly
payrate increases to $12.00 or more.

**Court Personnel:**

**Honorable:   Sandra S. Beckwith, Chief Judge**

**Deputy Clerk: Tempann Thomas**

**Court Reporter:**  Jodie Perkins

**Date: Friday, July 7, 2006**