AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

FILED
JAMES BONINI
CLERK

# UNITED STATES DISTRICT COURT

SOUTHERN District of OHIO  06 JUL -7 PM 1:00

UNITED STATES OF AMERICA
V.

TINA STRICKLAND

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)

Case Number: 1:01-CR-65

USM Number:

C. Ransom Hudson, Esq.
Defendant's Attorney

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) _____ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Defendant failed to report to the probation officer as ordered. | |
| Two | Defendant failed to follow the instructions of the probation officer. | |
| Three | Defendant failed to pay the special assessment as ordered. | |
| Four | Defendant failed to pay restitution as ordered. | |

The defendant is sentenced as provided in pages 2 through _____ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: ▮▮▮▮▮▮▮▮▮

Defendant's Date of Birth: December 24, 1976

Defendant's Residence Address:

11 Lincoln Terrace

Cincinnati, OH  45206

Defendant's Mailing Address:

July 7, 2006
Date of Imposition of Judgment

_/s/ S. Beckwith_
Signature of Judge

Sandra S. Beckwith, Chief Judge
Name and Title of Judge

July 7, 2006
Date

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
              Sheet 1A

Judgment—Page _____ of _____

DEFENDANT:    TINA STRICKLAND
CASE NUMBER:   1:01-CR-65

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| | The Defendant violated the terms of her supervised release, Grade C violations pursuant to U.S.S.G. § 7B1.1(a)(3). The Defendant's criminal history category is II. The policy statements suggest a sentencing range of four (4) to ten (10) months of imprisonment. Revocation of supervision is not mandatory. | |

AO 245D  (Rev. 12/03 Judgment in a Criminal Case for Revocations
Sheet 2— Imprisonment

Judgment — Page _____ of _____

DEFENDANT:     TINA STRICKLAND
CASE NUMBER:   1:01-CR-065

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

ONE (1) DAY

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

X The defendant shall surrender to the United States Marshal for this district:

   X at _____11:00_____ X a.m. ☐ p.m. on _____July 7, 2006_____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245D    (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 3 — Supervised Release

Judgment—Page _____ of _____

DEFENDANT: TINA STRICKLAND
CASE NUMBER: 1:01-CR-65

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of:
FORTY-EIGHT (48) MONTHS, THE FIRST TEN (10) MONTHS OF WHICH SHALL INCLUDE A TERM OF HOME CONFINEMENT.

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- ☒ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)
- ☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:      TINA STRICKLAND
CASE NUMBER:    1:01-CR-65

## ADDITIONAL SUPERVISED RELEASE TERMS

The Defendant will comply with the condition of home confinement for a period not to exceed three hundred (300) consecutive days. During this time, the Defendant will remain at her place of residence at all times, and shall not leave except when such leave is approved in advance by her probation officer. The Defendant will maintain a telephone at her place of residence without call forwarding, a modem, caller ID, call waiting, or a portable cordless telephone for the above period. At the discretion of the probation officer, the Defendant shall wear an electronic monitoring device and follow an electronic monitoring procedure specified by the probation officer.

The Defendant shall pay any unpaid balance of her restitution.

The Defendant is hereby notified that she has a right to appeal this sentence, and if she is unable to pay the cost of an appeal, she has the right to apply to this Court for leave to proceed in forma pauperis. If she is indigent and cannot retain a lawyer, she may apply, and one will be appointed to represent her in her appeal.

The Defendant is further advised that, in accordance with the provisions of Rule 4(b) of the Rules of Appellate Procedure, she must file his notice of appeal with the Clerk of the United States District Court within 10 days of the filing of this judgment, which will be filed on July 7, 2006. Therefore, the Defendant must file her notice of appeal on or before July 17, 2006. The Defendant is also advised that if she so requests, the Clerk of this Court will prepare and file forthwith a notice of appeal on her behalf.

Judgment — Page _____ of _____

DEFENDANT: TINA STRICKLAND
CASE NUMBER: 1:01-CR-65

# CRIMINAL MONETARY PENALTIES

The defendant must pay the following total criminal monetary penalties under the schedule of payments set forth on Sheet 6.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| TOTALS | $ | $ | $ 13,264.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| **Name of Payee** | **Total Loss*** | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| Fifth Third Bank |  | $13,264.00 |  |

| TOTALS | $ _____ | $ _____ |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

X The court determined that the defendant does not have the ability to pay interest and it is ordered that:

   X  the interest requirement is waived for the   ☐ fine   X restitution.

   ☐  the interest requirement for the   ☐ fine   ☐ restitution is modified as follows:

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245D  (Rev. 12/03) Judgment in a Criminal Case for Revocations
        Sheet 6 — Schedule of Payments

Judgment — Page _____ of _____

DEFENDANT:        TINA STRICKLAND
CASE NUMBER:      1:01-CR-65

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A  ☐  Lump sum payment of $ _____ due immediately, balance due

      ☐ not later than _____ , or
      ☐ in accordance with   ☐ C,   ☐ D,   ☐ E, or   ☐ F below); or

B  ☐  Payment to begin immediately (may be combined with   ☐ C,   ☐ D, or   ☐ F below); or

C  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D  ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E  ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay.

F  X  Special instructions regarding the payment of criminal monetary penalties:

      Within thirty days of the commencement of the term of supervised release, the Defendant shall pay restitution at a rate of at least $30 per month. The Defendant shall pay restitution at a rate of $40 per month if her pay increases to $12 per hour or more. The Court will reassess the Defendant's ability to pay from time to time upon the probation officer's recommendation or the Defendant's petition to reassess her ability to pay.

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐  Joint and Several

    Defendant and Co-Defendant Names and Case Numbers (including defendant number), Joint and Several Amount and corresponding payee, if appropriate.

☐  The defendant shall pay the cost of prosecution.

☐  The defendant shall pay the following court cost(s):

☐  The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) penalties, and (8) costs, including cost of prosecution and court costs.