PROB 12A
(12/98)

# United States District Court

for

## Southern District of Ohio

2007 DEC -3 AM 11:51

### Report on Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Tina Marie Strickland | Case Number: **1:01CR00065** |
| Name of Sentencing Judicial Officer: | **The Honorable Sandra S. Beckwith**<br>**Chief United States District Judge** | |
| Date of Original Sentence: | **April 11, 2002** | |
| Original Offense: | **Count One-Bank Fraud, in violation of 18 U.S.C. § 1344** | |
| Original Sentence: | **4-11-02: 1 day imprisonment, 48 months supervised release**<br>**7-07-06: Supervised release revoked. 1 day imprisonment; 48 months supervised release** | |
| Special Conditions: | **1) Obey all federal, state, and local laws**<br>**2) No firearms or other dangerous weapons**<br>**3) Do not possess a controlled substance**<br>**4) Submit to 1 drug test within 15 days of release from imprisonment and at least 2 periodic drug test thereafter**<br>**5) Comply with a condition of home confinement not to exceed 300 consecutive days. At the discretion of the USPO, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures.**<br>**6) Pay any unpaid balance of original restitution obligation of $13,264** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **July 7, 2006** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Strickland has allegedly violated the mandatory condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime." |
| | According to information received by the probation officer on November 5, 2007, on or about October 25, 2007, a Complaint was filed against Strickland by a Cincinnati Police Corporal for allegedly misleading a public official by making a false statement. The offender allegedly gave the wrong name and social security number, and was positively identified at the Hamilton County Justice Center as Tina Strickland. The offender appeared in the Hamilton County Municipal Court on the charge of Falsification under Docket Number C/07/CRB/40836, and was released on a $1,000 bond at 10%. Strickland is scheduled to appear in the above Court on the above charge before the Honorable Brad Greenberg on December 6, 2007. Thus, the charge is still pending as of this date. |

> The offender advised this officer that she is positive the charge will be dismissed.
>
> It should be indicated that Strickland has paid a total of $130 towards her restitution balance since her re-release on supervised release in July 2006. Additionally, she has worked at multiple jobs since her re-release on supervised release.

U.S. Probation Officer Action:

The undersigned probation officer is recommending that no action be taken against the offender to allow for the final disposition of the Falsification case in the Hamilton County Municipal Court.

|  | Respectfully submitted, | Approved, |
|---|---|---|
| by | *David J. Backman* by | *Mark R. Kraus for* |
|  | **David Backman** | **John Cole** |
|  | U. S. Probation Officer | Supervising U. S. Probation Officer |
|  | Date:  **November 27, 2007** | Date:  **November 27, 2007** |

[✓]  I concur with the recommendation of the Probation Officer
[ ]  Submit a Request for Modifying the Condition or Term of Supervision
[ ]  Submit a Request for Warrant or Summons

*Signature*
Signature of Judicial Officer

12/3/07
Date