PROB 12A
(12/98)

# United States District Court

## for

## Southern District of Ohio

## Report on Offender Under Supervision

FILED
JAMES ... 
CLERK

2008 MAY -7 AM 8: 40

U.S. ...
SOUTHERN ... OHIO
WEST ...

| | | |
|---|---|---|
| Name of Offender: | Tina Marie Strickland | Case Number: **1:01CR00065** |
| Name of Sentencing Judicial Officer: | **The Honorable Sandra S. Beckwith**<br>**Chief United States District Judge** | |
| Date of Original Sentence: | **April 11, 2002** | |
| Original Offense: | **Count One-Bank Fraud, a violation of 18 U.S.C. § 1344** | |
| Original Sentence: | **1 day(s) prison, 48 month(s) supervised release** | |
| | **7-07-06: Supervised release revoked, 1 day(s) imprisonment, 48 month(s) supervised release** | |
| Special Conditions: | **1) obey all federal, state, and local laws**<br>**2) no firearms or other dangerous weapons**<br>**3) do not possess a controlled substance**<br>**4) submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter**<br>**5) comply with condition of home confinement not to exceed 300 consecutive days. At the discretion of the USPO, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures.**<br>**6) pay any unpaid balance of original restitution obligation of $13,264** | |
| Type of Supervision: **Supervised Release** | | Date Supervision Commenced: **July 7, 2006** |

## NON-COMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| #1 | Strickland has allegedly violated the mandatory condition of supervised release which states, "The defendant shall not commit another federal, state, or local crime." |

Please refer to the Probation Form 12A-Report on Offender Under Supervision dated November 27, 2007, in which it was reported that the offender was charged by a Cincinnati police officer for allegedly misleading a public official by making a false statement. The offender allegedly gave the wrong name and Social Security Number, and was positively identified at the Hamilton County Justice Center. Strickland was charged in the Hamilton County Municipal Court on the charge of Falsification, under Docket Number C/07/CRB/40836. It should be indicated that on April 4, 2008, the offender appeared on the above charge at

PROB 12A
(12/98)

2

which time, she pled no contest and was found guilty. She was sentenced to serve one day in the custody of the Hamilton County Justice Center and was given one day jail time credited.

However, this officer received information which indicated that on April 30, 2008, Strickland was indicted on one count of Forgery in the Hamilton County Court of Common Pleas in Cincinnati, Ohio, under Docket Number B0803038. The one count Indictment charged that on or about August 12, 2007, Strickland knowingly facilitated a fraud by uttering a Northside Bank check number 131, in the amount of $2,200 that she knew had been forged, in violation of O.R.C. § 2913.31(A)(3). Strickland was released on her own recognizance. No other information is available about this case.

U.S. Probation Officer Action:

The undersigned probation officer is increasingly concerned about Strickland's reversion to criminal activity. On a more positive note, the offender has been quite available for supervision and has paid $140 towards her restitution since November 3, 2006, which is somewhat commendable due to the fact that she has been only sporadically employed during this time. The undersigned probation officer, thus, respectfully recommends that no action be taken against the offender to allow for the final disposition of the above Forgery case in the Hamilton County Court of Common Pleas.

Respectfully submitted,                                Approved,

by *David J. Backman*                                  by *John C. Cole*

David J. Backman                                       John C. Cole
U. S. Probation Officer                                Supervising U. S. Probation Officer
Date:    **May 2, 2008**                               Date:    **May 2, 2008**

[✓]    I concur with the recommendation of the Probation Officer
[ ]    Submit a Request for Modifying the Condition or Term of Supervision
[ ]    Submit a Request for Warrant or Summons

_____
Signature of Judicial Officer

5/2/08
Date