PROB 12B
(12/98)



# United States District Court

for

## District of Southern Ohio

2008 AUG 14 PM 3:52

### Request for Modifying the Conditions or Term of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Tina Marie Strickland**  Case Number: **1:01CR00065**

Name of Sentencing Judicial Officer:   **The Honorable Sandra S. Beckwith**
**Chief United States District Judge**

Date of Original Sentence: **April 11, 2002**

Original Offense: **Count One-Bank Fraud, a violation of 18 U.S.C. § 1344**

Original Sentence: **1 day(s) prison, 48 month(s) supervised release**

**7-07-06: Supervised release revoked, 1 day(s) imprisonment, 48 month(s) supervised release.**

1. Obey all federal, state, and local laws.
2. No firearms or other dangerous weapons.
3. Do not possess a controlled substance.
4. Submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
5. Comply with condition of home confinement not to exceed 300 consecutive days. At the discretion of the USPO, the defendant shall wear an electronic monitoring device and follow electronic monitoring procedures.
6. Pay any unpaid balance of original restitution obligation of $13,264.

Type of Supervision: **Term Of Supervised Release**   Date Supervision Commenced: **July 7, 2006**

## PETITIONING THE COURT

[ ]   To extend the term of supervision for  years, for a total term of  years.

[X]   To modify the conditions of supervision as follows: **The defendant shall serve a one year term of electronically monitored home confinement.**

## CAUSE

On June 27, 2008, Ms. Strickland appeared in the Hamilton County Court of Common Pleas before the Honorable Melba Marsh and pled guilty to the reduced charge of Attempted Forgery-a first degree misdemeanor, under Docket #: B 0803038. On July 16, 2008, the offender appeared in the above court on the above charge and was placed on community control for five years. Additionally, the offender also appeared before Judge Melba Marsh in the Hamilton County Court of Common Pleas and pled guilty on June 27, 2008, to the fifth degree felony charges

of Count One-Forgery and Count Two-Theft, under Docket #: B 0800506-A. Count One involved the offender's facilitation of a fraud on September 26, 2007, by uttering a U.S. Postal Money Order in the amount of $850.00 that she knew was forged. Count Two charged that on September 26, 2007, Ms. Strickland obtained a United States money order in the amount of $500 or more that belonged either to a male victim or to National City Bank. Counts Three-Six under this docket were dismissed. On July 16, 2008, Ms. Strickland appeared in the above court on the above two counts under docket number #: B0800506-A, at which time she was sentenced to two five year terms of community control. She was also ordered to make total restitution for both cases B0800506-A and B0803038.

This officer does not condone the offender's above criminal conduct. Additionally, revocation of supervised release would be reasonable under these circumstances. However, Ms. Strickland is the single mother of two small children, Blessing, age six, and Ke'ron, age five. Their father is not in their lives at all. Ms. Strickland's sister, is not reliable and her children were removed from her care a number of years ago due to her problems with substance abuse. Lastly, the offender successfully completed two previous terms of home confinement. These included a six month term of home confinement with electronic monitoring on August 29, 2002, and a ten month term of home confinement without electronic monitoring on May 8, 2007. It is for these reasons that this officer respectfully requests that the Court consider this request for modifications of the conditions of supervised release.

On August 5, 2008, this officer spoke with Ms. Strickland to discuss the proposed modification. This officer explained her rights to counsel and a modification hearing in detail. Strickland stated she understood her rights completely, and wanted to waive those rights because she was in agreement with the addition of the condition. She then signed the waiver form.

Ms. Strickland's defense counsel, Mr. Ransom Hudson, Esquire, advised the probation officer that he had no objection to the proposed modification.

Based on these factors, this officer respectfully recommends the Court grant the proposed modification.

Respectfully submitted,                    Approved,

by  *David J. Backman*                    by  *John Cole*
David Backman                              John Cole
U. S. Probation Officer                    Supervising U. S. Probation Officer
Date:  **August 8, 2008**                  Date:  **August 8, 2008**

PROB 12B
(12/98)

3

**STRICKLAND, Tina**

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[✓]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

8/14/08
_____
Date

PROB 49

# UNITED STATES DISTRICT COURT
## Southern District of Ohio

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

    I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel" I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing. I also understand I have the right to contact an attorney prior to signing this waiver.

    I hereby knowingly and voluntarily waive my right to consult an attorney before signing this waiver and I knowingly and voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

That the conditions of Ms. Strickland's supervised release be modified to include the addition of a special condition that directs Ms. Strickland to serve a one year term of electronically monitored home confinement.

Witness: _[signature]_  Signed: _[signature]_
U.S. Probation Officer          Probationer or Supervised Releasee

July 28, 2008
DATE